ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
―――――
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: November 18, 2020

November 17, 2020

**VIA ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Khalif White
          18 Cr. 364 (PGG)

Dear Judge Gardephe:

    I represented Mr. Khalif White in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 17.1 hours, nunc pro tunc to May 7, 2018, assisting me in this matter. Much of that time involved corresponding with client and family, and working on his sentencing submission.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. White in this matter.  Thank you very much.

                                        Sincerely,

                                        *Jeremy Schneider*

                                        Jeremy Schneider

JS/sc