UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KHALIF WHITE,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed today in open court, the conditions of the Defendant's release are modified to provide for home incarceration at the residence of Shakeira Hogan on Long Island. The hearing concerning Defendant's alleged violations of the terms of his supervised release will resume on **May 3, 2023, at 12:00 noon** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Defendant may leave his residence only for court appearances, meetings with counsel, medical appointments, and other purposes approved in advance by the Probation Officer. The Defendant may also leave his residence once for a haircut prior to his state court trial commencing on April 17, 2023. Defense counsel is directed to inform this Court within 24 hours of any disposition in Defendant's state court case, whether by trial, plea, or otherwise.

Dated: New York, New York
       April 12, 2023

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge